PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard L. Williams                                          Cr.:06-00539-001

Name of Sentencing Judicial Officer: The Honorable T.S. Ellis, III - Eastern District of Virginia
                                           09/18/06 - Transfer of Jurisdiction; assigned to the Honorable
                                           Faith S. Hochberg, District of New Jersey

Date of Original Sentence: 11/03/00

Original Offense: Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine

Original Sentence: 60 months imprisonment, 5 years supervised release, $100 special assessment. Special conditions include drug testing/treatment, and the preclusion of having contact with co-defendant Franklin Borders.

Type of Supervision: Supervised Release                            Date Supervision Commenced: 12/10/04

## PETITIONING THE COURT

[ ]    To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

PROB 12B - Page 2

## CAUSE

On March 20, 2006, and May 9, 2006, the offender reported to the office under the influence of alcohol. The offender subsequently met with Sr. Probation Officer Norma DeArmas, Drug and Alcohol Treatment Specialist, who determined that treatment at Straight and Narrow was necessary (due to his prior history of alcohol abuse). According to the offender's counselor at Straight and Narrow, he does not participate in AA meetings as directed.

On May 28, 2006, the offender was arrested for Driving While Intoxicated in Paterson, New Jersey. The offender failed to report this arrest in a timely manner.

The offender failed to report as directed on March 5, 2007. In addition, on October 26, 2006, the offender refused to disclose his whereabouts, preventing the probation officer from conducting a field/employment contact.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 03/19/07

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/19/07
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Witness: *BMorales*
U.S. Probation Officer

Signed: *Richard Hill*
Probationer or Supervised Releasee

3/19/07
DATE