PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard L. Williams               **Docket Number:** 06-00539-001

**Name of Sentencing Judicial Officer:** HONORABLE T.S. Ellis, III - ED/VA

**Date of Transfer of Jurisdiction:** 09/18/06

**Date of Assigned Judicial Officer:** HONORABLE Faith S. Hochberg - D/NJ

**Date of Original Sentence:** 11/03/2000

**Original Offense:** Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

**Original Sentence:** 60 months imprisonment; 5 years supervised release. Special conditions include drug testing/treatment, maintaining employment and the preclusion of having contact with co-defendant Franklin Borders.

**Type of Supervision:** Supervised Release               **Date Supervision Commenced:** 12/10/04

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender (to be assigned), 972 Broad Street, 4th Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On March 8, 2008, Williams was arrested in Lexington, North Carolina, and charged with Driving While Intoxicated when a Breathalyzer revealed a blood alcohol content of .14%. This matter remains pending at the Davidson County District Court; there is a court hearing scheduled for May 7, 2008. |

2          The offender has violated the supervision condition which states '**You must maintain employment.**'

As a result of the aforementioned arrest, Williams was fired from Best Buy Electronics where he worked as a field technician for several years. He remains unemployed.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 5/6/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[X] Other

ORDERED that the Probation Office shall renew its petition once the defendant's underlying state charges have been resolved.

Signature of Judicial Officer

5/28/08
Date